# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Antonio Pegas DEFENDANT(S). | CASE NUMBER 09-1067M |
|---|---|
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___FRIDAY___, ___5/22/9___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom #540 - Roybal.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: 5/21/09

_____
U.S. District Judge/Magistrate Judge